U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 10 2017

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DWAYNE A. WILLIAMS, Plaintiff | CIVIL ACTION NO. 1:16-CV-0970-P |
| VERSUS | JUDGE TRIMBLE |
| VICTOR JONES, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims against Sheriff Jones are hereby DENIED and DISMISSED with prejudice pursuant to §§ 1915(e)(2)(B) and 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 10th day of January, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE